# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135721

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

LEONARD DECARLO BAKER,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135721
COA: 272246
Wayne CC: 06-002743-01

     On order of the Court, the application for leave to appeal the December 11, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

p0421

_____
Clerk